# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2725
_____

JAMES HARRELL WHITENER,

Appellant,

v.

DONALD T. TRIMBLE, D.O. and
THE ORTHOPAEDIC INSTITUTE,
P.A.,

Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

January 18, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christina H Martinez, Podhurst Orseck, P.A., Miami, for Appellant.

Dinah S. Stein, Hicks, Porter, Ebenfeld & Stein, P.A., Miami, for Appellees.